# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Michael Cherian, | Civil No. 10-2632 (RHK/JSM) |
| Plaintiff, | |
| vs. | **ORDER** |
| Como Law Firm, P.A. and Andrew Hanson, | |
| Defendants. | |

Pursuant to the parties' Stipulation for Dismissal With Prejudice (Doc. No. 5), **IT IS ORDERED** that all claims that Plaintiff Michael Cherian or Defendants had, may have had, or which could have been asserted in this action are hereby **DISMISSED WITH PREJUDICE,** on the merits and without further costs, disbursements, or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 23, 2010

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge